43 So.3d 923 (2010)
John FREUND, Appellant,
v.
Walter A. McNEIL, Secretary, Florida Department of Corrections, Appellee.
No. 1D10-1450.
District Court of Appeal of Florida, First District.
September 13, 2010.
Bernard F. Daley, Jr., Tallahassee, for Appellant.
Bill McCollum, Attorney General, and Joy A. Stubbs, Assistant Attorney General, Tallahassee, for Appellee.
*924 PER CURIAM.
AFFIRMED. See Perez v. State, 963 So.2d 337 (Fla. 1st DCA 2007).
WEBSTER, DAVIS, and VAN NORTWICK, JJ., concur.